UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | | |
|---|---|---|
| REBECCA MARKESON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV414-276 |
| SODEXHO MANAGEMENT SERVICES, | ) | |
| Defendant. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Kristy G. Offitt of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 191 Peachtree Street, N.E., Suite 4800, Atlanta, Georgia 30303, for permission to appear pro hac vice on behalf of defendant Sodexho Management Services, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Kristy G. Offitt, as counsel of record for defendant Sodexho Management Services, in this case.

**SO ORDERED** this __13th__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA